**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF:<br>College Properties Limited,<br>　　　　Debtor. | No. CV-18-02578-PHX-JJT<br>BK NO. 2:05-bk-10095-DPC<br>ADV NO. 2:06-ap-00063-DPC |
| Anthony S. DePetris, *et al.*,<br>　　　　Appellants,<br>v.<br>Brian J. Mullen,<br>　　　　Appellee. | BAP No. AZ-18-1214<br><br>**ORDER** |

At issue is *pro se* Appellants' Notice re: Jurisdictional Change (Doc. 4), in which Appellants state they elect to have their appeal heard by the Bankruptcy Appellate Panel of the Ninth Circuit ("BAP") instead of this Court. The Notice of Appeal in this matter was received by BAP on August 7, 2018. (BAP Case No. AZ-18-1214.) The statutory provision relevant to Appellants' Notice, 28 U.S. § 158(c)(1), provides that BAP shall hear an appeal unless any "party elects, not later than 30 days after service of notice of the appeal[,] to have such appeal heard by the district court." Here, Appellee timely filed an Election to Proceed in District Court on August 14, 2018. (BAP Case No. AZ-18-1214 Doc. 5.) As a result, BAP transferred the appeal to this Court, and it is this Court, not BAP, that shall resolve the appeal. To the extent Appellants now request that this Court transfer the appeal back to BAP, the Court must deny the request.

On August 9, 2018, before it transferred the appeal to this Court, BAP entered two Orders requiring Appellants to provide, within 14 days, an adequate legal explanation as to why their appeal should not be dismissed for (1) failure to pay the filing and docketing fees under 28 U.S.C. § 1930(b), (c); and (2) failure to timely file the Notice of Appeal under Fed. R. Bankr. 8002, 8028, and *In re Slimick*, 928 F.2d 304, 306 (9th Cir. 1990). (BAP Case No. AZ-18-1214 Docs. 3, 4.) Appellants have not timely complied with those Orders, but instead appear to have appealed one or both of them to the Ninth Circuit Court of Appeals. (BAP Case No. AZ-18-1214 Doc. 11.) Neither BAP nor this Court entered an Order permitting Appellants to appeal BAP's Orders allowing Appellants 14 days to explain why they have not paid the filing fees or timely filed a Notice of Appeal. The propriety of the appeal to the Ninth Circuit Court of Appeals aside, this matter is not stayed. Considering Appellants are appearing *pro se*, the Court will give them an additional 14 days from the date of this Order to provide an adequate legal explanation as to why their appeal should not be dismissed for failure to pay the filing fees and failure to timely file the Notice of Appeal.

IT IS THEREFORE ORDERED that, within 14 days of the date of this Order, Appellants shall file with the Court an adequate legal explanation as to why their appeal should not be dismissed for failure to pay the filing fees and failure to timely file the Notice of Appeal. Failure to comply will result in dismissal of this appeal.

Dated this 10th day of September, 2018.

_____
Honorable John J. Tuchi
United States District Judge